■ JOSETTE DENTICO, as Executrix of ANTHONY F. DENTICO, Deceased, Plaintiff, v ROCHESTER GAS & ELECTRIC CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants. ROCHESTER ALUMAROLL AWNING & WINDOW COMPANY, INC., Third-Party Defendant-Respondent. (Appeal No. 1.)—Order unanimously affirmed, with costs *(see, Siragusa v State of New York,* 117 AD2d 986, *lv denied* 68 NY2d 602). (Appeal from order of Supreme Court, Monroe County, Galloway, J.—partial summary judgment.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.

*York,* 117 AD2d 986, *lv denied* 68 NY2d 602). (Appeal from order of Supreme Court, Monroe County, Galloway, J.—partial summary judgment.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.